United States District Court
Southern District of Texas
**ENTERED**
November 23, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAMON G. VILLALON,  §<br>    Plaintiff,  §<br>  §<br>v.  §   Civil Action No. H-17-2182<br>  §<br>NANCY A. BERRYHILL,  §<br>ACTING COMMISSIONER OF  §<br>THE SOCIAL SECURITY  §<br>ADMINISTRATION,  §<br>    Defendant.  § | |

## MEMORANDUM AND RECOMMENDATION
## ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

Pending before the court is Plaintiff's Motion for Attorney's Fees. (Docket Entry No. 16.) The Defendant does not oppose the motion. (Docket Entry No. 19.) The court recommends that the motion be GRANTED.

Villalon filed this action for review of the Social Security Administration's denial of disability benefits. (Docket Entry No. 1.) The parties filed cross-motions for summary judgment. (Docket Entry Nos. 10 & 11.) United States Magistrate Judge Stephen Smith recommended that Villalon's motion be granted, that the Commissioner's motion be denied, and that the case be remanded for further administrative proceedings. (Docket Entry No. 13.) Judge Hittner adopted the report and recommendation and entered final judgment in favor of Villalon. (Docket Entry Nos. 14 & 15.) Villalon's counsel filed a motion seeking attorney's fees, and that

motion has been referred to the undersigned for report and recommendation. (Docket Entry No. 18.)

Under the Equal Access to Justice Act ("EAJA"), the prevailing party in a case against the United States is entitled to reasonable attorney's fees, provided that the position of the United States was not substantially justified. 28 U.S.C. § 2412(d)(1)(B). The Commissioner does not dispute that Villalon is a prevailing party or that the position of the United States was not substantially justified. The Commissioner agrees that the requested $6,028.83 in attorney's fees and $43.01 in costs is reasonable and does not oppose the Plaintiff's request. The court has independently reviewed the Plaintiff's motion and all supporting documentation and finds that the requested fees are reasonable.

The court recommends that the motion for attorney's fees be GRANTED and that Villalon recover $6028.83 in attorney's fees, and $43.01 in expenses, for a total of $6071.84.

The parties have 14 days from service of this memorandum and recommendation to file written objections. Failure to file timely objections precludes appellate review of factual findings or legal conclusions, except for plain error. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72.

Signed at Houston, Texas, on November 23, 2018.

Peter Bray
United States Magistrate Judge