United States District Court
Southern District of Texas
**ENTERED**
December 20, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAMON G. VILLALON,<br>*Plaintiff,*<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of the Social<br>Security Administration,<br>*Defendant.* | CIVIL ACTION NO. 4:17-CV-02182 |

## ORDER OF ADOPTION

On November 23, 2018, Magistrate Judge Peter Bray issued a memorandum and recommendation (Dkt. 20), recommending that Plaintiff's motion for attorney's fees be granted in part. No objections were filed.

After due consideration of the entire record and the applicable law, the Court hereby ADOPTS the memorandum and recommendation as this Court's opinion. Villalon is hereby awarded $6,071.84 in attorney's fees.

Signed at Houston, Texas this __17__ day of December, 2018.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE